IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 111
1:15 mj 149/CVB 3783355

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ROBBY LYNN HAWKINS. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to the Government Motion to Unseal and Disclose Documents Regarding Appointment of Counsel (#10). At the call of this matter on for hearing it appeared that Defendant was present with his counsel, Richard E. Cassady, and the Government was present through AUSA David Thorneloe. At the call of the matter on for hearing, Mr. Cassady advised the Court that the Defendant did not have any objections to the motion of the Government. The undersigned conducted an inquiry with Mr. Cassady to determine whether or not the Defendant had any objection to the release of all financial affidavits filed in this matter by the Defendant under the name of Robby Lynn Hawkins or under the name of Ricky Lynn Hawkins. The Court additionally made inquiry as to whether or not Defendant was requesting that any of the financial affidavits be redacted. Mr. Cassady advised the Court again that he had no objection

1

to the release of all financial affidavits filed in this matter. Based upon there being no objection, the undersigned will grant the motion of the Government.

## ORDER

**IT IS, THEREFORE, ORDERED**, that the Government Motion to Unseal and Disclose Documents Regarding Appointment of Counsel (#10) is **ALLOWED** and all financial affidavits filed by the Defendant under the name of Ricky Lynn Hawkins or under the name of Robby Lynn Hawkins be copied and copies be delivered to Mr. Thorneloe on behalf of the Government and to Mr. Cassady on behalf of the Defendant. After the entry of the oral order in this matter, the undersigned had copies of those documents delivered to Mr. Thorneloe and to Mr. Cassady.

Signed: January 14, 2016

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.